**FILED**
Wednesday, 07 July, 2004  12:58:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DirecTV, Inc. | ) | |
|     Plaintiff | ) | |
| | ) | |
| | ) | Case No. 03-1353 |
| | ) | |
| George Bean, et al, | ) | |
|     Defendant | ) | |

**ORDER**

    Pursuant to the parties' stipulation (#16) and pursuant to Fed.R.Civ.P.41(a), the plaintiff's claims against defendant George Bean are hereby dismissed with prejudice, parties to bear their own costs.  The claims against the remaining defendants are not dismissed.

    ENTER this 7th day of July 2004.

s\ JOHN A. GORMAN

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE