UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DirecTV, Inc. | ) | |
|     Plaintiff | ) | |
| | ) | |
| | ) | Case No. 03-1353 |
| | ) | |
| Michael Loretta, et al, | ) | |
|     Defendant | ) | |

**ORDER**

Pursuant to the plaintiff's motion for voluntary dismissal of its claims against defendant Michael Loretta and pursuant to Fed.R.Civ.P.41(a), the plaintiff's claims against defendant Michael Loretta are hereby dismissed with prejudice, parties to bear their own costs. The claims against the remaining defendants are not dismissed.

ENTER this 7th day of July 2004.

s\ JOHN A. GORMAN

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE